**Order entered July 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00491-CV

**LAGATHRE DENISE MOORE, Appellant**

**V.**

**BAYLOR HEALTH CARE SYSTEM AND BRADLEY BOYTE, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-15441-E**

## ORDER

The clerk's record is two months overdue in this appeal. Appellant's docketing statements reflects that appellant has both requested the clerk's record and made payment arrangements for the record.

Accordingly, the Court **ORDERS** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not paid for the record. *We notify appellant that if we receive verification of non-payment, we will, without further notice, dismiss the appeal for want of prosecution.* See TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Civil Records Division, and to counsel for all parties.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE